# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:13cv202

| | |
|---|---|
| LINDA SANDERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEERFIELD E. RETIREMENT, )<br>)<br>Defendant. )<br>_____ ) | ORDER |

Pending before the Court is the Motion to Dismiss filed by Defendant [# 7]. Defendant moves to dismiss the Amended Complaint for failure to properly serve it with the summons and Complaint. In addition, Defendant Moves to Strike [# 17] one of Plaintiff's *pro se* filing. Finally, Plaintiff moves for leave to file an amended complaint to name the proper defendant and for an extension of time to perfect service on Defendant. Upon a review of the record and the relevant legal authority, the Court **DIRECTS** the parties as follows:

(1) The Court **GRANTS** Plaintiff's motion [# 12] to the extent the motion seeks leave to file an Amended Complaint and for an extension of time to perfect service. Plaintiff may have until December 30, 2013, to file an Amended Complaint naming the proper Defendant. In

addition, Plaintiff shall have until January 14, 2014, to perfect service on Defendant. The Court refers Plaintiff to Rule 4 of the Federal Rules of Civil Procedure, which describes the manner in which a party perfects service of process on another party. The Court also **INSTRUCTS** Plaintiff that the failure to perfect service by January 14, 2014, may result in the Court recommending that the District Court dismiss this case without prejudice. No further extensions of time shall be granted to Plaintiff to perfect service.

(2) The Court **DENIES without prejudice** the Motion to Dismiss [# 7]. If Plaintiff fails to perfect service on Defendant by January 14, 2014, Defendant may renew its Motion to Dismiss, and the Court will consider recommending that the District Court dismiss this action without prejudice at that time.

(3) The Court **DENIES as moot** the Motion to Strike [# 17].

(4) The Court **INSTRUCTS** Plaintiff that going forward, the Court will strike from the record any motion that does not contain a supporting memorandum of law that complies with the requirements of the Local Rules. Plaintiff should review the Court's Local Rules to ensure that all filings comply with the requirements set forth therein.

Signed: December 10, 2013

Dennis L. Howell
United States Magistrate Judge